FILED '10 MAY 03 12:00 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

KENNETH ROBERT BURNETT, )
)
        Plaintiff, )
) Civil No. 09-312-TC
  v. )
) ORDER
WARDEN J.E. THOMAS, et al., )
)
        Defendants. )
)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 02, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for failure to serve defendants and for failure to prosecute.

DATED this 3rd day of May, 2010.

*Michael C. Hogan*
United States District Judge

2   - ORDER